Honorable Judge Pratt                                  4-14-20

Your Honor, I was sentenced in your court room Aug 24th 2010. I was sentenced to 240 months according to my mandatory minimum. I was arrested March 26 2009. I have now been incarcerated over 11 years.

When you sentenced me you gave me the opportunity to speak and I did on some of the choices I've made in the past and how much I had changed already at that time. One of the things I had said was that I didn't need 20 years to be rehabilitated. I said alot of things that day and I ask that if you have the time to please review my sentencing trascripts. When I was done speaking you said "Mr Nicholson I agree with you" I can't remember all of what you said but when you did impose my sentence you did say "<u>unfortunately I have no choice but to give you the mandatory minimum sentence</u>" I have always felt that you wanted to give me less time and if I ever had the opportunity to have you review my case you would do so.

Since then Congress has changed the mandatory minimums "Prospectively Active" Unfortunately. The 2 points didn't help me either. However you did release my brother Scott Nicholson 4 years early. Thank you for that, he is doing well and you did not choose poorly in doing so. If I am to be honest though, he was by far the leader in our conspiracy. That is no secret, the Prosecutor knows it, all of the Agents know it as well. I don't

want to sound as if I'm not taking full responsibility for my actions, because I do take responsibility. I messed up bad. I hurt my family by my choices. They have been paying for my mistakes this whole time.

The one thing Congress did that may help me is the Compassionate Release. I understand that in the CARES ACT I can petition the judge for Emergency Compassionate Release. I do have a release plan. I am asking to go to Home Confinement to live with my Aunt Lorna Lepley 2415 Des Moines St. Des Moines, Iowa 50317 She does have a landline 515-266-3764. You are welcome to call her. She also has offered me work in caring for my uncle. He is a veteran and is bedridden and she gets assistance in caring for him. Also she has been practicing social distancing, keep areas sanitized, and wearing protective masks. I too have been staying healthy here by doing the same. We have been quarantined, however we are at high risk here being in such close quarters. I would feel much safer at home.

Since being incarcerated I have been continually trying to better myself. I did a vocational program in Beaumont Texas for Industrial Sewing and I worked Unicor there for 43 months. I was in Springfield Missouri working as a Machinist and Welder. Training I should say. I also worked General Maintenance there where I did alot of concrete

work, was learning to operate heavy equipment (backhoe, skid steer, JLG lift) I built 3 metal buildings with 2 other guys. Helped to remodel a staff house. I've been Minimum Security since Sept 2016. I am now at Thomson working as a welder again. I worked inside the USP for over a year welding Rec cages for the SMU Program. I've gained alot of good work experience. I've been in AA for 2½ years now and I have a sponsor on the outside already. I do plan to be involved in AA upon release. I go to prayer group with a group of guys here. I've taken Parenting and Drug Education. I've signed up for the NRDAP and RDAP. I spend alot of my time doing hobby craft. I am in the crochet program, actually I am the class instructor. I like making stuff for my kids and other family. I've been sending money to my kids as often as possible throughout my entire incarceration.

    Finally and most importantly to me. My wife and kids need me at home working. It has been a constant struggle for them. The older my kids get the more they need me. My wife needs my help. My 12 year old Chad is getting really hard to deal with. Right now my wife and 2 sons are living with my oldest daughter and her son and boyfriend. My 16 year old daughter is living with her best friend. My wife got laid off because she's a waitress at IHOP. I could

go on and on. It is safe to say that my family needs me home and working.

So with all that is going on in our world today I ask that you please consider me for an Emergency Compassionate Release. If there is anything else I can do, please let me know. You can write me or call my aunt on my behalf. Thank you so much for your time and consideration.

Sincerely,

Chad Nicholson
08919-030

INMATE NAME Chad Nicholson
REGISTER NUMBER 08919-030
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1001
THOMSON, IL 61285

⇔08919-030⇔
Robert Pratt
123 E Walnut ST
DES Moines, IA 50309
United States

RECEIVED
APR 21 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA